UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREL HILBERT,<br><br>Plaintiff,<br><br>v.<br><br>LEMONADE, INC. et al.,<br><br>Defendant. | Case No. 1:24-cv-01873-ALC |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Laurel Hilbert, and Defendants, Lemonade, Inc. and Lemonade Insurance Agency, LLC, through undersigned counsel, hereby stipulates and notifies the Court that the matter has been resolved such that they are dismissing this action with prejudice.  Each side shall bear its own costs.

Respectfully submitted this 24th day of July, 2023.

**ERIC SIEGEL LAW, PLLC**

_____
Eric L. Siegel (Bar No. 2344935)
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(771) 220-6116 (Office)
(202) 223-6625 (Facsimile)
esiegel@ericsiegellaw.com
*Attorney for Plaintiff*

**DENTONS US LLP**

_____
Rebecca A. Stark
1221 Avenue of the Americas
New York, New York 10020
(212) 398-7614
Rebecca.stark@dentons.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

On this 24th day of July, 2023, I certify that the foregoing has been served on counsel for Defendant via ECF filing and by email.

                                             */s/ Eric L. Siegel*
                                             Eric L. Siegel